PROB 35                                                     Report and Order Terminating Supervision
(Rev 3/93)                                      Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                       Crim. No. 5:04-CR-323-1BO

WILLIAM SILAS LYONS, JR.

On April 20, 2007, the above named was placed on supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                Respectfully submitted,

/s/Jeffrey L. Keller                                         /s/Billy W. Boggs, Jr.
Jeffrey L. Keller                                                 Billy W. Boggs, Jr.
Supervising U.S. Probation Officer               Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _August_____, 2010.

Terrence W. Boyle
U.S. District Judge